**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**MAURICE ARBELAEZ,**

        **Plaintiff,**

  v.                             Case No. 07-2522-JWL-DJW

**GGNSC ADMINISTRATIVE
SERVICES LLC, et al,**

        **Defendants.**

### ORDER

The Court hereby grants Melissa S. Lockton's Motion to Withdraw as Attorney (doc. 20). Melissa S. Lockton is hereby withdrawn as counsel for Defendants GGNSC Administrative Services LLC and AEGIS Therapies, Inc. David M. Eisenberg remains as counsel for said Defendants.

    **IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 12th day of February 2008.

                                                    s/ David J. Waxse
                                                    David J. Waxse
                                                    U.S. Magistrate Judge

cc:    All counsel and *pro se* parties